Herschel Jones Marketing Service, Inc.,
Appellant, *v.* Stotz.

Argued January 13, 1959. Before JONES, C. J.,
BELL, MUSMANNO, JONES, COHEN and MCBRIDE, JJ.

reargument refused May 22, 1959.

*W. Hamlin Neely,* with him *Snyder, Wert, Wilcox, Frederick & Doll,* for appellant.

*Robert H. Jordan,* with him *Edwin K. Kline, Jr.,* and *Kline, Jordan & Backenstoe,* for appellee.

OPINION PER CURIAM, March 25, 1959:
The Court being evenly divided, the judgment is affirmed.

Rogoff, Appellant, *v.* The Buncher Company.